**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINGARAJ BAHINIPATY,<br><br>          Plaintiff,<br><br>  vs.<br><br>D. CARVAHLO,<br><br>          Defendant. | CASE NO. CV 08-04044 PA (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the Report and adopts its findings and recommendations.

DATED: October 8, 2009

                                            PERCY ANDERSON
                                  UNITED STATES DISTRICT JUDGE