O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINGARAJ BAHINIPATY,<br><br>         Plaintiff,<br><br>    vs.<br><br>D. CARVAHLO,<br><br>         Defendant. | CASE NO. CV 08-04044 PA (RZ)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: October 8, 2009

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE